# PIERRE PIERRE LAW, P.C.

NEW YORK OFFICE:
211 East 43rd Street
Suite 608
New York, NY 10017
Phone: (646) 992-8383
Fax: (718) 504-6962
*\*\*mail all correspondence*

> Plaintiff's letter-motion requesting an extension of the social security briefing schedule (ECF No. 11) is GRANTED, and the proposed amended schedule is ADOPTED.
>
> The Clerk of Court is respectfully directed to close ECF No. 11.
>
> SO ORDERED 11/30/2021
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

November 29, 2021

Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
Courtroom 18A
New York, NY 10007

**Re: Shakima C. Appling v. Comm'r of SSA  1:21-cv-05091-PGG-SLC**

Dear Honorable Judge Cave:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's Motion for Judgment on the Pleadings is due on December 3, 2021. Due to the many administrative transcripts filed by the Defendant as he recovers from the pandemic backlog, Plaintiff's counsel has incurred conflicts in the briefing schedule which preclude our ability to complete our motion as scheduled.

Plaintiff therefore writes to respectfully request an extension of time of sixty days (60) to serve his motion through and including February 1, 2022, with the remaining Order to remain in effect.

No previous request for an extension has been made in this case and the Defendant has given consent. Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383

(718) 504-6962 fax

Cc:   Susan C. Branagan, Esq.   (Via ECF)
        Attorney for Defendant.