# PIERRE PIERRE LAW, P.C.

NEW YORK OFFICE:
211 East 43rd Street
Suite 608
New York, NY 10017
Phone: (646) 992-8383
Fax: (718) 504-6962
*** mail all correspondence*

> Plaintiff's letter-motion requesting an extension of the social security briefing schedule (ECF No. 13) is GRANTED, and the deadline to file her Motion is EXTENDED to **April 4, 2022.  No further extensions will be granted absent extraordinary circumstances.**
>
> The Clerk of Court is respectfully directed to close ECF No. 13.
>
> SO ORDERED 2/2/2022
>
> *SARAH L. CAVE*
> United States Magistrate Judge

February 1, 2022

Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
Courtroom 18A
New York, NY 10007

Letter Motion:
Second Extension of Time
Request

**Re: Shakima C. Appling v. Comm'r of SSA  1:21-cv-05091-PGG-SLC**

Dear Honorable Judge Cave:

Pursuant to the Revised Scheduling Order in the above referenced case, Plaintiff's motion for Judgment on the Pleadings is due on February 1, 2022. Plaintiff writes to respectfully request the Court's indulgence with a second request for an extension of time to serve her motion. Plaintiff expected to complete her brief herein in compliance with the revised scheduling order but was unable to do so due to staffing issues, coronavirus affliction, and multiple motions coming due on or about the same date. Plaintiff therefore writes to respectfully request a second extension of time of sixty days (60), up to and including April 2, 2022.

The Defendant has been consulted and consents to this request. Thank you in advance for the Court's consideration.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax