DAMIAN WILLIAMS
United States Attorney
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant U. S. Attorney
86 Chambers Street, 3rd floor
New York, NY 10007
Tel. (212) 637-2804
Email: Susan.Branagan@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                :
SHAKIMA C. APPLING,                             :
                                                :
                     Plaintiff,                 :     **REVISED**
                                                :     **BRIEFING SCHEDULE**
           - v. -                               :
                                                :     21 Civ. 5091 (SLC)
                                                :
COMMISSIONER OF SOCIAL SECURITY,                :
                                                :
                     Defendant.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IT IS HEREBY ORDERED that:

1. Defendant's response to plaintiff's motion for judgment on the pleadings shall be filed by June 28, 2022.

2. Plaintiff's reply, if any, is to be filed by July 12, 2022.

Dated:  New York, New York
June 23, 2022

SO ORDERED:

_____
SARAH L. CAVE
United States Magistrate Judge