**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SHAKIMA C. APPLING,

                Plaintiff,                        21 **CIVIL** 5091 (SLC)

      -v-                                  **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 23, 2022, that the Commissioner's Motion is GRANTED, Ms. Appling's Motion is DENIED AS MOOT, and this matter is remanded to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**Dated:**  New York, New York
           August 26, 2022

                                                      **RUBY J. KRAJICK**

                                                                            Clerk of Court

                               **BY:**      *J. Savinon*

                                                                            **Deputy Clerk**