UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAKIMA C. APPLING,

                Plaintiff,

-v-

ANDREW SAUL, Commissioner of Social Security,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 5091 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On November 13, 2022, Plaintiff filed a motion for attorneys' fees, (ECF No. 31 (the "Motion")), with a response due on November 28, 2022. To date, the Commissioner has not responded to the Motion. Accordingly, the Commissioner shall respond to the Motion by **Wednesday, December 7, 2022**.

The Commissioner is warned that failure to respond to the Motion may result in consideration of the Motion as unopposed.

Dated:    New York, New York
           November 30, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**